**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



**BRENDAN LINEHAN SHANNON**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2915**

September 24, 2021

<u>Via Email and U.S. Mail</u>

Ms. Mary J. Armbrust
115 Linden Avenue
Wilmington, DE 19805

Mark M. Billion, Esquire
Billion Law
1073 S. Governors Avenue
Dover, DE 19904

Chase N. Miller, Esquire
Orlans PC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805

      Re:    In re Mary J. Armbrust
                <u>Case No. 18-11134 (BLS)</u>

Dear Ms. Armbrust and Counsel:

    This letter follows upon a hearing held in the above matter on September 21, 2021. There are two matters before the Court: the Notice of Default[1] filed by PHH Mortgage Corporation ("PHH") requesting relief from stay on account of the Debtor's alleged default under a Court-approved stipulation,[2] and the Emergency Motion[3] filed by Billion Law for leave to withdraw as counsel to the Debtor. The Court has received submissions from all sides, and both matters were argued at the September 21 hearing.

    The Court turns first to the Notice of Default. On July 30, 2019, this Court approved a stipulation resolving a Motion for Relief from Stay[4] that PHH had filed on account of post-petition payment defaults on the Debtor's mortgage. The stipulation provided, consistent with local practice, that relief from stay would be granted to PHH if the Debtor failed to perform in accordance with the payment obligations set forth therein.

---

[1] Docket No. 81.
[2] Docket No. 47.
[3] Docket No. 87.
[4] Docket No. 47.

Ms. Mary J. Armbrust
Mark M. Billion, Esquire
Chase N. Miller, Esquire
September 24, 2021
Page 2

PHH's Notice recites that the Debtor had failed to make payments for May, June, and July 2021 in an aggregate amount of $3,297.47. The Debtor promptly responded to the Notice with an objection[5] that stated she believed she was current on her mortgage and would provide a payment reconciliation. On August 24, 2021, the Court requested that the parties confer and provide submissions regarding the dispute over outstanding payments.

The Court has studied the pay histories and reconciliations provided by each side. Following that review, the Court is not satisfied that Ms. Armbrust was in fact in material default under her stipulated commitments. Ms. Armbrust has provided documentation of monthly payments made, and the Court notes that the amounts due to PHH appear to vary from month to month, presumably on account of fees or escrow charges.[6] The record also reflects that, in the time since the loan was transferred from Ocwen to PHH, Ms. Armbrust has been barred from accessing PHH's website or phone payment system.

The Court is satisfied that the Debtor has materially complied with her obligations under the Stipulation. The record reflects that Ms. Armbrust made payments and to the extent those payments were off, the Court concludes that the likely causes of that discrepancy are (i) the variability of what would normally be expected to be a fixed payment, and (ii) her inability to access PHH's systems for real-time information as to her payments. Further, the Court has significant reservations regarding whether Ms. Armbrust was effectively aided in attempting to resolve these issues by her counsel.[7]

The parties agree that at least two payments tendered by the Debtor after issuance of the Notice were refused by PHH. With the Court's denial today of the relief requested by PHH, it is the Court's expectation that Ms. Armbrust can and will become fully current on her mortgage obligations by October 15, 2021. To the extent there is a disagreement between the parties about the amounts necessary to accomplish that, the Court will conduct a telephone hearing in the week of October 11, 2021 to resolve that issue.

Finally, in the absence of opposition by the Debtor, the Court will grant the Emergency Motion of Billion Law to withdraw as counsel.

Very truly yours,

Brendan Linehan Shannon
United States Bankruptcy Judge

BLS/jmw
cc:     Michael B. Joseph, Esquire

---

[5] Docket No. 82.
[6] *See, e.g.,* Notice of Default [Docket No. 81] (noting that the May 2021 payment was $1,149.90 and the payments for June and July 2021 were $1,164.53 each).
[7] *See* Transcript of September 22, 2021, hearing:
> THE COURT:  So, I am asking, Ms. Armbrust, do you have any opposition to Mr. Billion's motion to withdraw as your attorney?
> DEBTOR:  No, I would be relieved.